IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-858 |
| | : | |
| v. | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 287 |
| BENJAMIN PENA, | : | 18 U.S.C. § 1349 |
| ROBERT Z. RUBECK and | : | 18 U.S.C. § 1341 |
| TAMARA FRANKEL, | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 982 |
| Defendants. | : | |

## SEALING ORDER

This matter having come before the Court on the application of the United States of America (Brigham Cannon, Trial Attorney, Fraud Section, Department of Justice, appearing) for arrest warrants, and a concurrent application that the Indictment filed against the persons named in the warrants be filed under seal, and for good cause shown,

It is on this 18th day of November 2009,

ORDERED that, with the exception of copies of the arrest warrants, the Indictment upon which their issuance was based and all other papers related to the above-captioned matter be filed under, and are hereby sealed, until the arrest of the individuals named in the warrants or until further order of this Court.

_____
HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE