# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 20, 2009

Clerk of Court
U.S. District Court
402 E. State Street
Trenton, NJ 08608

RE:  USA v. Benjamin Pena, Robert Rubeck and Tamara Frankel
Your case number: CR09-858
Arizona case number:  09-06520M-et al.

Dear Clerk of the Court:

The above charge originated in your district.  The defendants have appeared before Magistrate Judge David K. Duncan in Phoenix, Arizona.  The following action has been taken.

☒     THE DEFENDANTS HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 12/15/09 at 11:30 am in Ctrm. #1-Post Office Bldg

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov.  Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: /s/
     Phylis Durbin
     Deputy Clerk

Enclosures

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   09-06520M-001 |
| | ) | |
| Benjamin Pena | ) | Charging District:   New Jersey |
| *Defendant* | ) | Charging District's Case No.   CR09-858 (JAP) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, NJ 08608 | Courtroom No.:   1 (Post Office Bldg.) |
|---|---|---|
| | | Date and Time:   12/15/2009 at 11:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Nov 19, 2009 _____

_____
*Judge's signature*

David K. Duncan, United States Magistrate Judge
*Printed name and title*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   09-06520M-002 |
| | ) | |
| Robert Z. Rubeck | ) | Charging District:   New Jersey |
| *Defendant* | ) | Charging District's Case No.   CR09-858 (JAP) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, NJ 08608 | Courtroom No.:   1 (Post Office Bldg.) |
|---|---|---|
| | | Date and Time:   12/15/2009 at 11:30 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Nov 19, 2009

_____
*Judge's signature*

David K. Duncan, United States Magistrate Judge
*Printed name and title*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   09-06520M-003 |
| Tamara Frankel | ) | |
| | ) | Charging District:   New Jersey |
| *Defendant* | ) | Charging District's Case No.   CR09-858 (JAP) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | | |
|---|---|---|
| Place:  Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, NJ 08608 | Courtroom No.:   1 (Post Office Bldg.) | |
| | Date and Time:   12/15/2009 at 11:30 AM | |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Nov 19, 2009

_____
*Judge's signature*

David K. Duncan, United States Magistrate Judge
*Printed name and title*

CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:09-mj-06520-DKD All Defendants
# Internal Use Only

Case title: USA v. Pena et al

Other court case number: CR 09-858-JAP District of
New Jersey

Date Filed: 11/19/2009

Date Terminated: 11/20/2009

Assigned to: Magistrate Judge David
K Duncan

## Defendant (1)

**Benjamin Pena**
*TERMINATED: 11/20/2009*

represented by **Carmen Lynne Fischer**
Law Office of Carmen L Fischer
710 W Roosevelt St
Phoenix, AZ 85007
602-252-1282
Fax: 602-252-6043
Email:
fischercarmen@qwestoffice.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

None

## Disposition

## Highest Offense Level
## (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level
## (Terminated)

None

**Complaints**                                    **Disposition**

18:371, 287, 1349, 1341,982;
Conspiracy to defraud gov't-
Present/Submit False claims, mail
fraud, forfeiture

Assigned to: Magistrate Judge David
K Duncan

**Defendant (2)**

**Robert Z Rubeck**                 represented by **Brian Fredrick Russo**
*TERMINATED: 11/20/2009*                          Law Office of Brian F Russo
                                                  111 W Monroe St
                                                  Ste 1212
                                                  Phoenix, AZ 85003
                                                  602-340-1133
                                                  Fax: 602-258-9179
                                                  Email: bfrusso@att.net
                                                  *ATTORNEY TO BE NOTICED*
                                                  Designation: Retained

**Pending Counts**                                **Disposition**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                    **Disposition**

18:371, 287, 1349, 1341,982;
Conspiracy to defraud gov't-
Present/Submit False claims, mail
fraud, forfeiture

Assigned to: Magistrate Judge David
K Duncan

## Defendant (3)

**Tamara Frankel**
*TERMINATED: 11/20/2009*

represented by **Alfred S Donau , III**
Donau & Bolt
3505 N Campbell Ave
Ste 501
Tucson, AZ 85719-2033
520-795-8710
Fax: 520-795-0308
Email: skipdonau@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371, 287, 1349, 1341,982; Conspiracy to defraud gov't-Present/Submit False claims, mail fraud, forfeiture | |

## Plaintiff

**USA**

represented by **Darcy A Cerow**
US Attorney's Office
2 Renaissance Sq
40 N Central Ave

Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-364-7929
Email: Darcy.Cerow@USDOJ.GOV
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2009 | 1 | Arrest (warrant issued other district) of Benjamin Pena, Robert Z Rubeck, Tamara Frankel (PKD, ) (Entered: 11/19/2009) |
| 11/19/2009 | 2 | Minute Entry for proceedings held before Magistrate Judge David K Duncan: Initial Appearance in Rule 5(c)(3) Proceedings and Appointment of Counsel Hearing as to Benjamin Pena held on 11/19/2009. Appointing Carmen Fischer with Appointment Type: CJA. FINANCIAL AFFIDAVIT TAKEN. Identity Hearing waived. Detention Hearing submitted. Defendant ordered released O/R with conditions. Preliminary Hearing reserved for prosecuting district. ASL INTERPRETER REQUIRED. (Court Reporter COURTSMART). (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 3 | (Court only) CJA 23 Financial Affidavit by Benjamin Pena (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 4 | WAIVER of Rule 5 Hearings by Benjamin Pena. Defendant waives the right to have an identity hearing. Preliminary Hearing reserved for prosecuting district. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 5 | ORDER Setting Conditions of Release as to Benjamin Pena (1). Defendant released O/R with conditions. Signed by Magistrate Judge David K Duncan on 11/19/09. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 6 | Minute Entry for proceedings held before Magistrate Judge David K Duncan: Initial Appearance in Rule 5(c)(3) Proceedings as to Robert Z Rubeck held on 11/19/2009. Appearance entered by Brian Russo: RETAINED. Notice of Appearance filed in open court. Identity Hearing waived. Detention Hearing submitted. Defendant ordered released O/R with conditions. Preliminary Hearing reserved for prosecuting district. ASL INTERPRETER REQUIRED. (Court Reporter COURTSMART). (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 7 | WAIVER of Rule 5 Hearings by Robert Z Rubeck. Defendant waives the right to have an identity hearing. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 8 | NOTICE OF ATTORNEY APPEARANCE: Brian Fredrick Russo appearing for Robert Z Rubeck. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 9 | Minute Entry for proceedings held before Magistrate Judge David K |

| | | |
|---|---|---|
| | | Duncan: Initial Appearance in Rule 5(c)(3) Proceedings as to Tamara Frankel held on 11/19/2009. Appearance entered by Brian Russo for Alfred S Donau, III: RETAINED. Notice of Appearance filed in open court. Identity Hearing waived. Detention Hearing submitted. Defendant ordered released O/R with conditions. Preliminary Hearing reserved for prosecuting district. ASL INTERPRETER REQUIRED. (Court Reporter COURTSMART). (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 10 | WAIVER of Rule 5 Hearings by Tamara Frankel. Defendant waives the right to have an identity hearing. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 11 | NOTICE OF ATTORNEY APPEARANCE: Alfred S Donau appearing for Tamara Frankel. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 12 | ORDER Setting Conditions of Release as to Tamara Frankel (3). Defendant ordered released O/R with conditions. Signed by Magistrate Judge David K Duncan on 11/19/09. (JIR) (Entered: 11/20/2009) |
| 11/19/2009 | 13 | ORDER Setting Conditions of Release as to Robert Z Rubeck (2). Defendant ordered released O/R with conditions. Signed by Magistrate Judge David K Duncan on 11/19/09. (JIR) (Entered: 11/20/2009) |
| 11/20/2009 | 14 | ORDER TO APPEAR IN PROSECUTING DISTRICT as to Benjamin Pena. Defendant is ordered to appear in Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 on 12/15/09 at 11:30 AM. Signed by Magistrate Judge David K Duncan on 11/19/09. (JIR) (Entered: 11/20/2009) |
| 11/20/2009 | 15 | ORDER TO APPEAR IN PROSECUTING DISTRICT as to Robert Z Rubeck. Defendant is ordered to appear in Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 on 12/15/09 at 11:30 AM. Signed by Magistrate Judge David K Duncan on 11/19/09. (JIR) (Entered: 11/20/2009) |
| 11/20/2009 | 16 | ORDER TO APPEAR IN PROSECUTING DISTRICT as to Tamara Frankel. Defendant is ordered to appear in Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 on 12/15/09 at 11:30 AM. Signed by Magistrate Judge David K Duncan on 11/19/09. (JIR) (Entered: 11/20/2009) |

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

_____ V.S. _____

FOR _____

AT _____

NOV 1 9 2009

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

PERSON REPRESENTED (Show your full name)

**Benjamin Pena**

| | | DOCKET NUMBERS |
|---|---|---|
| 1 ☑ Defendant—Adult | | Magistrate |
| 2 ☐ Defendant - Juvenile | | 09-6520M-2 |
| 3 ☐ Appellant | | District Court |
| 4 ☐ Probation Violator | | |
| 5 ☐ Parole Violator | | |
| 6 ☐ Habeas Petitioner | | Court of Appeals |
| 7 ☐ 2255 Petitioner | | |
| 8 ☐ Material Witness | | |
| 9 ☐ Other | | |

CHARGE/OFFENSE (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

**Rule 5**

| | | | |
|---|---|---|---|
| **EMPLOY-MENT** | Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed | | |
| | Name and address of employer: 14301 N. 87th St #112 | | |
| | **IF YES**, how much do you earn per month? $ contract. currd. | **IF NO**, give month and year of last employment: 2010 How much did you earn per month? $ 300 | |
| | If married is your Spouse employed? ☐ Yes ☑ No | | |
| | **IF YES**, how much does your Spouse earn per month? $ | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ | |

| **ASSETS** | **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No | | |
|---|---|---|---|---|
| | | **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** | RECEIVED $ | SOURCES |
| | **CASH** | Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No   IF YES, state total amount $ | | |
| | **PROP-ERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No | VALUE | DESCRIPTION |
| | | **IF YES, GIVE THE VALUE AND DESCRIBE IT** | $ | |

| | | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|---|
| | **DEPENDENTS** | ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED | 2 | |

| **OBLIGATIONS & DEBTS** | **DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|---|
| | | | Car Lease office/home | $ 5000 | $ 1,000 |
| | | | Credit Card | $ 900 | $ 800 |
| | | | Dire Debts card | $ 1,000 | $ 800 |
| | | | Loan | $ | $ 800 |
| | | | cellphone | | 50 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____11/19/09_____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ _____