```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

**UNITED STATES OF AMERICA**         :
                                     :   **Criminal No. 09-CR-858 (JAP)**
      **v.**                       :
                                     :
**BENJAMIN PENA,**                   :
**ROBERT Z. RUBECK and**             :
**TAMARA FRANKEL,**                  :
                                     :
      **Defendants.**              :


### UNITED STATES' NOTICE OF ATTORNEY APPEARANCE

The United States hereby provides notice that the following attorney is entering his appearance in the above-captioned matter:

    Hank Bond Walther
    Assistant Chief
    Criminal Division, Fraud Section
    United States Department of Justice
    1400 New York Ave., NW
    Washington, DC 20005
    (202) 307-2538
    hank.walther@usdoj.gov


                    Respectfully submitted,

                    STEVEN A. TYRRELL
                    CHIEF, FRAUD SECTION

      By:   /S/ Hank Bond Walther
                    HANK BOND WALTHER
                    ASSISTANT CHIEF
                    United States Department of Justice
                    1400 New York Ave., NW
                    Washington, DC 20005
                    Telephone: (202) 307-2538
                    Fax: (202) 514-0152
                    Hank.Walther@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2009, I electronically filed the foregoing document, UNITED STATES' NOTICE OF ATTORNEY APPEARANCE, with the Clerk of Court using CM/ECF.

Dated: November 27, 2009

/S/ Hank Bond Walther
HANK BOND WALTHER