# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __Douglas E. Arpert  U.S.M.J.__ |
| v. | MAGISTRATE NO.: __09-CR-858(JAP)__ |
| BENJAMIN PENA | DATE OF PROCEEDINGS: __12/15/2009__ |
| | DATE OF ARREST: _____ |

PROCEEDINGS: __BAIL HEARING__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD  __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✓) BAIL SET: $50,000
    (✓) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(✓) TRAVEL RESTRICTED _NJ & ARIZONA_
(✓) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(✓) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.        DATE: _____
( ) DETENTION / BAIL HRG.              DATE: _____
( ) TRIAL:  __ COURT  __ JURY          DATE: _____
( ) SENTENCING                         DATE: _____
( ) OTHER: _____                      DATE: _____

APPEARANCES:

AUSA __BRIGHAM CANNON__

DEFT. COUNSEL __JOHN HOLLIDAY__

~~PROBATION~~ __Joyce Ruffin, PTS__

INTERPRETER __Daniel Swartz, Jonathan Lambert, Stephen Toth, JR.__
Language: (Sign Language)

Time Commenced: __10:05 Am__
Time Terminated: __10:18 Am__
CD No: _____

s/Charmaine Ellington
DEPUTY CLERK