```
UNITED STATES DISTRICT COURT
    DISTRICT OF NEW JERSEY
         TRENTON OFFICE
```

DATE OF PROCEEDING: 12/15/2009
CRIMINAL DOCKET NO. 09-858(JAP) 01-03

JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
USA vs. Benjamin Pena, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
CJA apptd - John Holliday, Esq., for deft #1
Retd - Karl Buch, Esq., for deft #2
Retd - Steven Taylor, Esq., for deft #3
Benjamin Pena, deft present.
Robert Rubeck, deft present.
Tamara Frankel, deft present.
Stephen Toth, Jr., sign language interpreter sworn.
Daniel B. Swartz, sign language interpreter sworn.
Jonathan Lamberton, sign language interpreter sworn.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.
The court determined deft, Benjamin Pena to be in an indigent status; financial affidavit submitted in arresting district as to deft.
Ordered cja appointment of John M. Holliday, Esquire as counsel for deft.
Deft, Robert Rubeck's verbal request for counsel after his initial appearance in arresting district is Granted.
Ordered limited cja appointment of Anthony Mack, Esquire as to deft, Rubeck.
Karl Harold Buch, Esquire retained as counsel for deft, Rubeck.
Steve Taylor, Esquire retained as counsel for deft, Frankel.
Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/2010 at 10:00 a.m.; Jury trial set 02/22/2010 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Ordered bail continued.
Chambers conference held.
TIME COMMENCED  11:30 a.m.  TIME ADJOURNED  12:30 p.m.

*s/Dana Sledge, Courtroom Deputy*