IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Trenton Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 09-858 (JAP) |
| : | |
| BENJAMIN PENA, : | |
| ROBERT Z. RUBECK and : | |
| TAMARA FRANKEL, : | |
| : | |
| Defendants. : | |

**ORDER**

RECEIVED
JAN - 6 2010
AT 8:30
WILLIAM T. WALSH
CLERK

Because the ends of justice served by an extension of time outweigh the best interest of the public and the defendant in a trial within the typical time requirements of the Speedy Trial Act of 1974, it is ORDERED that the timeline set forth in the Order for Discovery and Inspection be extended 60 days.

In support of this Order, the Court makes the following findings:

1. The number of defendants in this and related cases makes it "unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(ii).

2. There is a substantial amount of discovery available to the defendants that may "deny counsel for the defendant[s] . . . the reasonable time necessary for effective preparation." See 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The defendants in this case are individuals who are both deaf and/or hard of hearing and physically separated from their counsel, which complicates the defendants' preparation for trial.

4.      An extension of time will allow the parties to better explore pre-trial resolutions to the charges pending against the defendants, especially since coordinating such discussions is made more time consuming because the defendants are deaf and/or hard of hearing.

/s/ Joel A. Pisano<br>
JOEL A. PISANO<br>
UNITED STATES DISTRICT JUDGE