# JOHN M. HOLLIDAY
ATTORNEY AT LAW

GOLDEN CREST CORPORATE CENTER
2273 ROUTE 33, SUITE 207
TRENTON, NJ 08690

CERTIFIED CRIMINAL TRIAL ATTORNEY

MEMBER NEW JERSEY BAR

TELEPHONE:  (609) 587-1010
FAX:  (609) 587-9950

E-MAIL:  JOHNMHOLLIDAY@EARTHLINK.NET

March 10, 2010

***Via EFC & Regular Mail***
United States District Court
Office of the clerk
Clarkson S. Fisher Federal Bldg.
     & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

            Re:   United States v. Benjamin Pena
                  Criminal No. 09-858 (JAP)

Dear Sir/Madam:

I represent Defendant, Benjamin Pena, relative to the above matter. I am enclosing herewith an original and one (1) copy of the following:

    1.   Notice of Omnibus Motions; and
    2.   Supporting Brief.

Kindly file the originals and return the copies stamped "filed" by using the enclosed envelope.

Thank you for your attention to this matter.

                            Very truly yours,

                            s/ John M. Holliday
                            JOHN M. HOLLIDAY

JMH/rlf
enc.
cc:  Honorable Joel A. Pisano
     (w/enc., via EFC & regular mail)
     Brigham Q. Cannon, Assistant U.S. Attorney
     (w/enc., via EFC & regular mail)
     Benjamin Pena (w/enc., via regular mail)