# M E M O R A N D U M

**Date:** January 13, 2012

**From:** David D. Haneke

**Subject:** PENA, Benjamin

**To:** The Honorable Joel A. Pisano
United States District Judge

*09-858(01)*

RECEIVED
JAN 13 2012
AT 8:30____M
WILLIAM T. WALSH
CLERK

Dear Judge,

    On January 10, 2011 Your Honor issued an arrest warrant for the above referenced defendant based on his noncompliance with the conditions of his release. Last evening, the undersigned officer received an email message from Mr. Pena advising he is now willing to comply with all directives and submit to a presentence interview.

    We are respectfully requesting that the warrant be recalled based on these updated circumstances. Our office will proceed with the interview and complete the investigative report shortly. I can be reached with any questions at (609) 656-2502.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: David D. Haneke
    U.S. Probation Officer

/ddh