**LAW OFFICES OF ROBERT G. STAHL, LLC**
220 St. Paul Street
Westfield, N.J. 07090
(908) 301.9001
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN PENA | Crim. No. 09-858 (JAP)<br><br>**SUBSTITUTION OF COUNSEL -**<br>**NOTICE OF APPEARANCE** |

Please take notice that on March 22, 2012, the Law Offices of Robert G. Stahl, LLC, Robert G. Stahl, Esq. appearing, has substituted in as counsel to represent defendant Benjamin Pena. John M. Holliday, Esq., has consented to being relieved as counsel.

CONSENTED TO:

_____
John M. Holliday, Esq.

_____
Robert G. Stahl, Esq.,
   on behalf of Benjamin Pena

DATED: March 22, 2012