IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(Trenton Division)

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 09-858 |
| v. | : |
| | : |
| BENJAMIN PENA | : |
| | : |
| Defendant. | : |

RECEIVED OCT 16 2012 AT 8:30 WILLIAM T. WALSH CLERK

## ORDER OF FORFEITURE AGAINST
## <u>DEFENDANT BENJAMIN PENA</u>

For the reasons stated in the Government's Motion for Forfeiture Against Benjamin Pena:

**IT IS ORDERED** that:

1. A money judgment is ordered against the defendant, Benjamin Pena, in favor of the United States in the amount of $1,000,000 pursuant to 18 U.S.C. §§ 982(a)(8)(B) and 982(b), 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2(b);

2. The Government is hereby authorized to conduct any discovery necessary to identify, locate, and present for forfeiture any assets of the Defendant which, pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p), may be available, as substitute assets, to satisfy the money judgment of $1,000,000;

3. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Court's order of forfeiture will become final as to the Defendant at the time of sentencing and will be made a part of the sentence and included in the judgment; and

4. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk shall send copies of this Order of Forfeiture to the Government, the United States Probation Office, and counsel for all parties, and shall send two Certified Copies of this Order of Forfeiture to the United States Marshal's Office.

Entered this __16__ day of __Oct__, 2012.

_____
Joel A. Pisano
United States District Judge