IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Joel A. Pisano
: Criminal No. 09-858 (JAP)
v. :
: CONSENT ORDER
BENJAMIN PENA

RECEIVED
OCT 1 6 2012
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

UPON application of the defendant Benjamin Pena, Robert G. Stahl, Esq., appearing, and with the consent of the United States Attorney Paul Fishman (Trial Attorney Robert Zink appearing) for an order modifying/clarifying defendants' conditions of release to home detention with electronic monitoring pending his self-surrender to the Bureau of Prisons, with the knowledge of Pre-Trial Services ("PTS"), and

IT IS ON this 16 day of October, 2012, **ORDERED THAT**:

The defendant, upon notice and permission from PTS, is permitted to leave his residence to take his wife to and from work; his children to and from school and school related activities; and for medical appointments for he and his family. Defendant will continue to abide by all other prior conditions set by the Court and PTS.

**SO ORDERED.**

_____
HON. JOEL A. PISANO,
UNITED STATES DISTRICT COURT