UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:   Docket No.: 09-858 (JAP) 01

United States
(Plaintiff)

Judge: Joel A Pisano

v.

Benjamin Pena
(Defendant)

Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit

Notice is hereby given that __Benjamin Pena__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[X] Judgment, [ ] Order, [ ] Other __judgment of conviction/sentence__
(Specify)

of the United States District Court, District of New Jersey, entered in this action on

__Oct 16 2012__.
(Date)

Dated:

__Benjamin Pena__
Appellant

__9494 E. Redfield Rd #1084__
Street

__Scottsdale, AZ 85260__
City, State, Zip

__480-280-7712__
Telephone

RECEIVED
OCT 16 2012
AT 8:30 / 1:05 P.M.
WILLIAM T. WALSH
CLERK