# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*

**CAMDEN OFFICE**
*Mitchell H. Cohen U.S. Courthouse*
*One John F. Gerry Plaza*
*Fourth & Cooper Streets Room 1050*
*Camden, N.J. 08101*

**NEWARK OFFICE**
*Martin Luther King Jr. Federal Bldg &*
*U.S. Courthouse*
*50 Walnut Street, P.O. BOX 419*



*Reply To:* **TRENTON**

Benjamin Pena
9494 E. Redfield Rd. #1084
Scottsdale, AZ   85360

October 16, 2012

      Re: 3:09-cr-858 (JAP) USA v. PENA

Dear Mr. Pena,

      Your notice of appeal was filed in the above matter on October 16, 2012 without a filing fee.

      It is requested that you forward the filing fee of $455.00 to this office immediately.

                              Very truly yours,
                              WILLIAM T. WALSH, CLERK


                BY:   /s/Melissa M. Haneke
                          Deputy Clerk

cc: U.S. Court of Appeals
    File